UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE PIERRE BARBER, | No. 2:16-cv-0379 AC P |
| Petitioner, | |
| v. | ORDER |
| J. SOTO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to submit the filing fee or an affidavit in support of a request to proceed in forma pauperis.

Petitioner has filed a request for appointment of counsel.  See ECF No. 2.  There is no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, based on the general nature of petitioner's request and the fact that it is made prior to this court's authority to screen the petition, the interests of justice would not be served by appointment of counsel at this time.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days from the filing date of this order, submit an affidavit in support of his request to proceed in forma pauperis (on the form provided herewith) or the appropriate filing fee ($5.00);

2. The Clerk of the Court is directed to send petitioner a blank copy of the in forma pauperis form used by this district;

3. Petitioner's motion for appointment of counsel, ECF No. 2, is denied without prejudice; and

4. Failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: March 11, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE